UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 99-866-CR-MOORE

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.

FRANCISCO SUAREZ,

    Defendant(s).
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court on Magistrate's Report and Recommendation of April 14, 2006 (D.E. #151).

The Court having considered the record, having reviewed the above motion and the history of this case, it is

ORDERED AND ADJUDGED that the said Report and Recommendation is hereby ADOPTED. Defendant's Motion to Suppress Physical Evidence is Denied.

DONE AND ORDERED in Chambers at Miami, Florida this 17th day of November, 2006.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

Copies Furnished to:

All counsel and pro se parties of record