```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO. 99-866-CR-MOORE
                              MAGISTRATE JUDGE P.A. WHITE
```

FRANCISCO JAVIER SUAREZ PRADO,:

    Movant,                     :

v.                                 :          REPORT OF
                                      MAGISTRATE JUDGE

UNITED STATES OF AMERICA,   :

    Respondent.          :

_____

This Cause is before the Court upon the motions filed by the pro-se movant/petitioner in his criminal case no. 99-866-Cr-Moore, captioned " Defendant's Petition for Claiming and Exercising God-Given Rights Secured by the Constitution" and "Petition for Demanding for the Court Reading All pleadings Francisco Javier Suarez Prado files with the Court" (CR DE#s 662 and 663), and referred to the Undersigned Magistrate Judge on April 22, 2008. [1]

The pro-se petitioner filed a motion to vacate pursuant to 28 U.S.C. §2255 on October 8, 2004, assigned Case No. 04-22563-Civ-Moore. The motion to vacate was denied, following an evidentiary hearing, on October 14, 2007 (Civ DE#51) On April 18, 2008, the

---

[1] The petitioner filed a notice of reconsideration re: 2255 as Presented by Affidavit of Francisco-Javier, Suarez Prado (DE#650) and Notice of Regeneration as Presented by Amicus Curiae Affidavit of Gloria Patricia Suarez (CR DE#651). These motions were referred to the Undersigned Magistrate Judge on April 20, 2007. They remain pending in the criminal docket, 99-866-Cr-Moore. However, they were docketed in the civil case, 04-22563-Civ-Moore, as docket entries 38 and 39. A Report by the Undersigned Magistrate Judge was entered in the civil case recommending denial, and adopted by United States District Judge Moore on October 14, 2007.

petitioner filed the petitions for claiming and exercising God Given Rights and demanding Court reading of all pleadings. (CR DE#s 662 & 663)  The petitioner's motions are difficult to decipher. He seeks to compel the Presiding Judge and Court Officers to uphold the principals of the law, abide by the oaths taken, provide due process and equal protection and uphold the constitution, (CR DE#662), and to compel the Presiding Judge and Officers to read and rule upon all petitions and pleadings he may file with the Court, uphold oaths taken, and refrain from denying the people their God given rights, as well as those rights guaranteed by the Federal Constitution. (CR DE#663).

These motions, filed at or around six months following the denial of his motion to vacate may be the petitioner's objections. To appeal the denial of a motion to vacate, he must first apply for a certificate of appealability from the United States District Court and then proceed to file his appeal to the Eleventh Circuit Court of Appeals.

It is therefore recommended that these motions, to the extent that they may be objections to the denial of his motion to vacate, are denied (CR DE#662 and 663)

Objections to this report may be filed with the District Judge within ten days of receipt of a copy of the report.

Dated this 24th day of April, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

```
cc:   Franciso Javier Suarez Prado, Pro Se
      Reg. No. 60045-004
      USP-Coleman
      Address of Record
```