UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 99-866-CR-MOORE

**UNITED STATES OF AMERICA,**

    Plaintiff(s),

vs.

**FRANCISCO SUAREZ,**

    Defendant(s).

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS MATTER** came before the Court upon Defendant's Petition for Claiming and Exercising God-Given Rights Secured by the Constitution and Petition for Demanding for the Court Reading All Pleadings Francisco Javier Suarez Prado files with the Court.

Magistrate Judge White issued a Report and Recommendation dated dated April 24, 2008 [665]. The Report and Recommendation determined that Plaintiff's Motions should be denied.

**UPON CONSIDERATION** of the Report, Objections and after a *de novo* review of the record, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that Magistrate Judge White's Report and Recommendation issued April 24, 2008 is **ADOPTED**. Defendant's petitions [662] and [663] are hereby denied.

**DONE AND ORDERED** in Chambers at Miami, Florida this __14th__ day of May, 2008.

                                                  K. MICHAEL MOORE
                                                UNITED STATES DISTRICT JUDGE

Copies Furnished to:

All counsel and pro se parties of record